**No. P67/9.**—World Wide Automobiles Corp. and Hudson Shipping Co., Inc. *v.* United States, protests 60/11285, etc. (New York).

Ford, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of heaters for Volkswagen vehicles, dedicated to use as parts of said vehicles, similar in all material respects to those the subject of *Gallagher & Ascher Company* v. *United States* (52 CCPA 11, C.A.D. 849), the claim of the plaintiffs was sustained.

**No. P67/10.**—M. Pressner & Co. et al. *v.* United States, protests 61/3536, etc. (New York).

**No. P67/11.**—S. P. Eisner & Co. *v.* United States, protest 62/12228 (New York).

Ford, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of miniature pocket knives similar in all material respects to those the subject of *Paul E. Sernau, Inc.* v. *United States* (46 Cust. Ct. 514, Abstract 65737), the claim of the plaintiffs was sustained.

**No. P67/12.**—Kayson's Import Corp. *v.* United States, protests 61/13542, etc. (Los Angeles).

Ford, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of earphones similar in all material respects to those the subject of *Motorola, Inc., and International Expediters, Inc.* v. *United States* (54 Cust. Ct. 303, Abstract 69019), the claim of the plaintiff was sustained.